FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

BROOKS 1500001099
(Last Name) (Identification Number)

WILLIAM THOMAS
(First Name) (Middle Name)

HINDS COUNTY DETENTION CENTER
(Institution)

1450 COUNTY FARM Rd Raymond Ms
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2017
ARTHUR JOHNSTON
BY ______ DEPUTY

V. CIVIL ACTION NUMBER: 3:17cv 507-CWR-FKB
(to be completed by the Court)

HINDS COUNTY BOARD OF SUPERVISORS, ~~CITY~~ HINDS

~~OF RAYMOND~~ COUNTY, SHERIFF VICTOR MASON,

WARDEN MARY RUSHING, et. al

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: WILLIAM THOMAS BROOKS ~~Prisoner~~ Jacket Number: 15-0000-1099

Address: 1450 COUNTY FARM ~~Rd~~ ROAD RAYMOND, MS 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Board of Supervisors is employed as HINDS COUNTY BOARD OF SUPERVISORS at HINDS COUNTY JAIL (RAYMOND JAIL)

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| WILLIAM THOMAS BROOKS | 1450 COUNTY FARM ROAD RAYMOND, MS 39154 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| BOARD OF SUPERVISORS | P.O. BOX 686 JACKSON, MS 39205 |
| HINDS COUNTY SHERIFF VICTOR MASON | 407 E. PASCAGOULA ST. JACKSON, MS 39201 |
| WARDEN MARY RUSHING | 1450 COUNTY FARM ROAD RAYMOND, MS 39154 |
| HINDS COUNTY f | P.O. BOX 686 JACKSON, MS. 39205 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county): ________

______________________________

3. Docket Number: ______________________________

4. Name of judge to whom case was assigned: ______________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) ______________________________

______________________________

CASE NUMBER 2.

1. Parties to the action: ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county): ________

______________________________

3. Docket Number: ______________________________

4. Name of judge to whom case was assigned: ______________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) ______________________________

______________________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Throughout my entire Stay at the Hinds County Detention Center (Jail), I, William Brooks, has been Subjected to Barbaric Conditions of confinement, such as, corporal punishment, Inadequate furnishing, Shelter, poor Sanitation & personal hygiene, Food, Clothing, Ventilation, personal Safety, and improper trash procedures, not to mention no program activities. When it comes to Corporal Punishment, I am Subjected to either going on lockdown or either having ~~[illegible]~~ privileges taking away such as Commissary. ~~When it comes to furnishing, it is a disgrace~~

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages

Punitive Damages

Signed this 1 day of June, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of plaintiff

when one individual misbehaves badly

(2) When it comes to Furnishing, I am not provided with the proper bedding materials that I need such as a pillow to adequately get a good nights rest, a new mattress that hasn't been used by another inmate, and/or has no cover on the mat, no tables or stools are in the cell to adequately read, write, study, litigate, or as the case may be;

(3) When it comes to Shelter, the outside elements such as rain water, cold air in the winter, leaking water from the toilet and chaser lingers inside the day-room area, during the day(s) that it rains, the roof leaks and the flood water from the outside comes into the day-room area which causes the unit to flood, the fire exit doors are welded shut, there are no evacuation plans in case of a fire, not to mention fire ~~exits~~ drills are never conducted

(4) Upon my arrival at the Hinds County Detention Center on June 28th 2015, I noticed a severe breakdown within Sanitation when I was placed inside the holding cell in the booking area, the cell was unsanitized and the floor, sink, and toilet was not cleaned which left a urine smell inside the cell

(5) Upon my transfer to the housing unit (A-2), I noticed the unit was not cleaned, there was no trash bag on the zone which caused the trash to linger around the zone for a period of time ie (all day) until lock down time which is at 9:00 P.M., no cleaning supplies was provided to clean my cell or the zone such as (broom, mop, disinfectants, chemicals), for weeks, and currently, staff provides cleaning supplies occasionally to clean the cell/day area, however, the toilet/sink inside my assigned cell gets cleaned

every two and three weeks at a time

(6) When it comes to personal hygiene, I was not provided with a face towel and/or a dry-off towel to shower with, the only towel I was ~~giving~~ given was a piece of blanket that was cut off to use as a towel; toothpaste and a toothbrush was provided for me every two weeks and I only would recieve one tube which net weight is 0.6 oz which I have to use for fourteen days and is limited to five uses

(7) For the food, I have noticed that the food preparation is poor, based on information & belief after the food is fixed, the trays sit outside the kitchen area for a long period of time (45 minutes to an hour) before they are brung to the unit and they sit for another 15 or 20 minutes before I recieve my food tray; thus, the food is cold when consuming it.

(8) Based on information & belief, I am required to have two jumpsuits in case I have to send one jumpsuit out to laundry to get washed ~~and~~ so I can have a change of clothing. Although during "shake-downs" they take my extra jumpsuit or my clothes that I ordered off commissary which leaves me to cover up with my blanket until laundry returns which sometimes be at the end of the day

(9) When it comes to the ventilation, the ventilation ducts are clogged up and causes dust and dirt particles to linger around the air and hinders fresh air to come into the zone. Also, the vent that are inside my cell does not blow air during the summer days, nor do they blow heat during the winter days

(10) When it comes to personal Safety, there is no officer present within the unit and at times there is only one officer working the pod(s) and one officer working the control tower.

(11) When it comes to the trash procedures, they occasionally bring a broom and a mop to the unit to clean and pick up the trash

(12) When it comes to program activities, there are no programs available for me to attend if I want to rehabilitate myself or even if I want to further my education more.

## LEGAL CLAIMS

(13) Plaintiff reallege and incorporate by reference paragraphs 1-12.

(14) The Conditions of Confinement, Corporal Punishment, Inadequate Furnishing, Shelter, poor sanitation & Personal hygiene, Food, Clothing, Ventilation, Personal Safety, Improper Trash Procedures, and no program activities, violated Plaintiff William Brooks's rights and constituted the FIFTH and (Due Process Clause) of the Fourthteenth Amendment to the United States Constitution.

(15) The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injuntctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this Court enter Judgement granting plaintiff:

(16) Brooks a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

(17) A preliminary and permanent injunction ordering defendants Hinds County Board of Supervisors, Hinds County, Sheriff Victor Mason, Warden Mary Rushing to act to curb the overall Barbaric Conditions of Confinement, and

(18) Granting Plaintiff Brooks Compensatory damages in the amount of $50,000 against each defendants, jointly and severally.

(19) Plaintiff seeks punitive damages in the amount of $15,000. Plaintiff Brooks seeks these damages against each defendant, jointly and severally.

(20) Plaintiff also seek a jury trial on all issues traable by jury,

(21) Plaintiff also seek recovery of his costs in this suit, and

(22) Any additional relief this court deems just, proper, and equitable.

VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Raymond, Mississippi on June 1, 2017

S/ [signature]

William Brooks